**Order entered March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00852-CV

**PAYSON PETROLEUM, INC. AND MATTHEW CARL GRIFFIN, Appellants**

**V.**

**J. MICHAEL WHEELER AND JMW BROWN #1, LLC, Appellees**

On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-06306

## ORDER
Before Chief Justice Wright and Justice Lang-Miers

Before the Court is appellants' March 6, 2015 Motion to Review Supersedeas and Motion for Temporary Stay Pending Review. We **GRANT** appellants' motion for temporary stay as follows. We **STAY** the trial court's February 26, 2015 order setting supersedeas security to the extent it increases the amount of supersedeas bond beyond that already posted by appellants until further order of this Court.

Appellants shall file any supplement to the petition for review to address the trial court's findings of fact and conclusions of law by **MARCH 18, 2015**. Appellees shall file any response to the motion by **MARCH 25, 2015**.

We note that all parties have filed their briefs on the merits. This appeal is at issue and will be set for submission in due course. Submission of this appeal will not be delayed pending resolution of appellants' motion to review the trial court's order setting supersedeas security.

/s/    ELIZABETH LANG-MIERS
        JUSTICE